Peter H. Kang (Bar No. 158101)
  <pkang@sidley.com>
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building One
Palo Alto, California 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100

Theodore W. Chandler (Bar No. 219456)
  <tchandler@sidley.com>
Brooke S. Zarouri (Bar No. 318372)
  <bzarouri@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Plaintiff*
*LG Innotek Co., Ltd.*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LG Innotek Co., Ltd.,<br><br>    *Plaintiff*,<br><br>vs.<br><br>MelodySusie Brand Industrial Co., Limited; LOFTK International Inc.; LOFTK Tech Info Co., Ltd.; and LOFTK E Commercial Trading Co. Limited,<br><br>    *Defendants*. | No. CV 18-6404-GW-JEMx<br><br>**ORDER DISMISSING ACTION** |

ACTIVE 234809526

The Court, having considered the Joint Stipulation of Dismissal entered by Plaintiff LG Innotek Co., Ltd. ("LG Innotek") and Defendants MelodySusie Brand Industrial Co., Limited; LOFTK International Inc.; LOFTK Tech Info Co., Ltd.; and LOFTK E Commercial Trading Co., Limited (collectively, "Defendants"), (collectively, "the Parties") hereby ORDERS as follows:

1. All claims and counterclaims raised in connection with the above-captioned Action between LG Innotek and Defendants are hereby dismissed without prejudice; and

2. Except as otherwise agreed between the Parties, all costs and expenses relating to the claims in this litigation (including attorney fees) shall be borne solely by the party incurring the same.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 21, 2018

_____
GEORGE H. WU
United States District Judge